PAUL CRUCE v. STATE.

No. A-7192.  Opinion Filed Oct. 26, 1929.
Rehearing Denied Nov. 23, 1929.
(282 Pac. 1117.)

J. W. Osmond, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Caddo county of transporting intoxicating liquor, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The judgment was rendered in August, 1928, and the appeal was lodged in the court in October, 1928. No briefs in support of the appeal have been filed. The evidence reasonably sustains the judgment. No jurisdictional or fundamental error is made to appear.

The case is affirmed.